Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Arnab Banerjee (SBN 252618)
ABanerjee@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Theresa Ross

FILED
JUL 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RECEIVED
JUL 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ROSS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, a New York corporation; JPMORGAN CHASE CALIFORNIA CORPORATION, a California Corporation; WANDA NEWELL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.1 : 12-cv-00914 AWI-JLT<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. R. 41(a)(1)(A).**<br><br>Complaint Filed: March 14, 2012 |

1  Plaintiff, THERESA ROSS ("Plaintiff") and Defendants JPMORGAN
2  CHASE BANK and WANDA NEWELL hereby stipulate to dismiss the above-
3  captioned action to pursuant to Rule 41(a) of the Federal Rules of Civil
4  Procedure as follows:

5  1. On March 14, 2012, Plaintiff filed the above-captioned complaint in the
6  Superior Court of California, Kern County;

7  2. On June 4, 2012, Defendant JPMorgan Chase Bank removed this action
8  to the United States District Court, Eastern District of California;

9  3. On June 11, 2012, Defendants JPMorgan Chase Bank and Wanda
10 Newell filed a Motion to Dismiss pursuant to Rule 12(b)(6) [Dkt. # 6];

11 4. In light of the information and evidence presented by the Motion to
12 Dismiss, Plaintiff has agreed to dismiss this action and her individual
13 PAGA claims with prejudice;

14 5. Defendant JPMorgan Chase California Corporation was never served
15 and never appeared in the above-captioned action; and

16 6. Defendants JPMorgan Chase Bank and Wanda Newell are the only
17 defendants who have appeared in the above-captioned action, and they
18 have agreed to waive all fees and costs in exchange for the dismissal
19 with prejudice.

20 **ACCORDINGLY, PLAINTIFF AND DEFENDANTS JPMORGAN**
21 **CHASE BANK AND WANDA NEWELL HEREBY STIPULATE AND**
22 **AGREE** that this action and Plaintiff's individual PAGA claims be dismissed
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Page 1
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. R. 41(a)(1)(A)

1  with prejudice for waiver of their fees and costs, pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(A)(ii).

3  Dated: July 9, 2012                    Respectfully submitted,

                                          Initiative Legal Group APC

                                          By: /signature/
                                          Raul Perez
                                          Melissa Grant
                                          Arnab Banerjee

                                          Attorneys for Plaintiff

11 Dated: July 9, 2012                    Respectfully submitted,

                                          Morgan, Lewis & Bockius LLP

                                          By: /s/Christopher M. Robertson
                                              (as authorized on July 9, 2012)
                                          Carrie A. Gonell
                                          Christopher M. Robertson

                                          Attorneys for Defendants JP Morgan
                                          Chase Bank and Wanda Newell


                                          It is so Ordered. Dated: 7-10-12

                                          /signature/
                                          United States District Judge

Page 2
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. R. 41(a)(1)(A)