FILED
JUL 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
JUL 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  Raul Perez (SBN 174687)
   RPerez@InitiativeLegal.com
2  Melissa Grant (SBN 205633)
   MGrant@InitiativeLegal.com
3  Arnab Banerjee (SBN 252618)
   ABanerjee@InitiativeLegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone: (310) 556-5637
6  Facsimile:  (310) 861-9051

7  Attorneys for Plaintiff Theresa Ross

8

9                UNITED STATES DISTRICT COURT
10               EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  THERESA ROSS, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, a New York corporation; JPMORGAN CHASE CALIFORNIA CORPORATION, a California Corporation; WANDA NEWELL, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.1 : 12-cv-00914 AWI-JLT <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. R. 41(a)(1)(A).** <br><br> Complaint Filed: March 14, 2012 |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

ORIGINAL

STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. R. 41(a)(1)(A)

Plaintiff, THERESA ROSS ("Plaintiff") and Defendants JPMORGAN CHASE BANK and WANDA NEWELL hereby stipulate to dismiss the above-captioned action to pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as follows:

1. On March 14, 2012, Plaintiff filed the above-captioned complaint in the Superior Court of California, Kern County;

2. On June 4, 2012, Defendant JPMorgan Chase Bank removed this action to the United States District Court, Eastern District of California;

3. On June 11, 2012, Defendants JPMorgan Chase Bank and Wanda Newell filed a Motion to Dismiss pursuant to Rule 12(b)(6) [Dkt. # 6];

4. In light of the information and evidence presented by the Motion to Dismiss, Plaintiff has agreed to dismiss this action and her individual PAGA claims with prejudice;

5. Defendant JPMorgan Chase California Corporation was never served and never appeared in the above-captioned action; and

6. Defendants JPMorgan Chase Bank and Wanda Newell are the only defendants who have appeared in the above-captioned action, and they have agreed to waive all fees and costs in exchange for the dismissal with prejudice.

**ACCORDINGLY, PLAINTIFF AND DEFENDANTS JPMORGAN CHASE BANK AND WANDA NEWELL HEREBY STIPULATE AND AGREE** that this action and Plaintiff's individual PAGA claims be dismissed

///
///
///
///
///
///

1 | with prejudice for waiver of their fees and costs, pursuant to Federal Rule of
2 | Civil Procedure 41(a)(1)(A)(ii).

Dated: July 9, 2012

Respectfully submitted,

Initiative Legal Group APC

By: _____
Raul Perez
Melissa Grant
Arnab Banerjee

Attorneys for Plaintiff

Dated: July 9, 2012

Respectfully submitted,

Morgan, Lewis & Bockius LLP

By: /s/Christopher M. Robertson
(as authorized on July 9, 2012)
Carrie A. Gonell
Christopher M. Robertson

Attorneys for Defendants JP Morgan Chase Bank and Wanda Newell

It is so Ordered. Dated: 7-10-12

_____
United States District Judge